IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-20048
Conference Calendar

_____

MELVIN CHARLES JACKSON,

Plaintiff-Appellant,

versus

GARY L. JOHNSON, Director,
Texas Department of Criminal Justice,
Institutional Division; J. HARRISON;
JOHN DOE, Unknown Physician; J.R. GABBARD,

Defendants-Appellees.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. H-96-CV-3472
--------------------
February 16, 2000

Before EMILIO M. GARZA, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:*

    Melvin Charles Jackson, Texas prisoner # 580613, seeks leave to proceed in forma pauperis (IFP), following the district court's certification that his appeal from the dismissal of his civil-rights complaint was not taken in good faith. Jackson argues that the district court abused its discretion in finding that his complaints of deliberate indifference to his serious medical needs were frivolous. Jackson has not shown that he can bring any claims of arguable merit on appeal. Accordingly,

--------------------

    * Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

Jackson's IFP motion is DENIED and the appeal is DISMISSED.  5TH CIR. R. 42.2.

IFP DENIED; APPEAL DISMISSED.